IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| T.M., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Case No.: SAG-23-1684 |
| v. | * | |
| | * | |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * *

### ORDER

For the reasons stated on the record at today's hearing, it is this 5th day of September, 2023, by the United States District Court for the District of Maryland, ORDERED that Plaintiffs' Motion for a Temporary Restraining Order, ECF 6, is DENIED.

/s/
Stephanie A. Gallagher
United States District Judge